# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD COOLEY, JR., AIS 230863 | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | CA 14-0135-CG-C |
| CHERYL PRICE | ) ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 1, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 3rd day of November, 2014.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE