# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD COOLEY, JR., AIS 230863 | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | ) CIVIL ACTION NO. 14-0135-CG-C<br>) |
| CHERYL PRICE | )<br>) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that his request for federal habeas corpus relief, pursuant to 28 U.S.C. § 2254 (*see* Doc. 12), is **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 3rd day of November, 2014.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE